UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



**MEMORANDUM**

TO      :   File

FROM:   Angel A. Valencia-Aponte, Esq.
        Chief Deputy Clerk

DATE :  September 2003

SUBJECT:   **Freiria Trading Corp. v. Maizoro S.A. de C.V.,
           Civil No. 98-1020 (JP) - Taxation of Costs**

---

On June 1, 1999, the Court ordered plaintiff to pay the costs, fees and expenses of defendant resulting from cancelled depositions (Docket No. 27). Accordingly, defendant moved for the taxation of costs (Docket No. 28). On July 20, 1999, the Court approved a joint stipulation of voluntary dismissal without the imposition of costs and dismissed the case with prejudice (Docket Nos. 34 & 35). Therefor, defendant's bill of costs is moot.

There are no outstanding bill of costs for processing in this case.